## NATIONAL LABOR RELATIONS BOARD

v.

## PUERTO RICO FOOD PRODUCTS CORPORATION.

No. 4984.

United States Court of Appeals
First Circuit.

May 17, 1957.

Before MAGRUDER, Chief Judge, and BIGGS (by special assignment) and WOODBURY, Circuit Judges, sitting.

PER CURIAM.

Upon motion of the National Labor Relations Board, petitioner, leave is granted to said Board to withdraw its petition for enforcement herein without prejudice.

## DODGE–FREEDMAN POULTRY COMPANY, Debtor, Appellant,

v.

## DELAWARE MILLS, Inc., et al., Appellees.

No. 5213.

United States Court of Appeals
First Circuit.

May 21, 1957.

Joseph Kruger, Boston, Mass., Widett & Kruger, Boston, Mass., on the brief, for appellant.

Robert P. Booth, Manchester, N. H., Wyman, Starr, Booth, Wadleigh & Langdell, Manchester, N. H., on the brief, for Delaware Mills, Inc., appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

A judgment will be entered affirming the judgment of the District Court on the opinion by Judge Connor reported in 148 F.Supp. 647.

## UNITED STATES of America, Plaintiff-Appellee,

v.

## Pasquale POLIMENI, Defendant-Appellant.

No. 311, Docket 24455.

United States Court of Appeals
Second Circuit.

Argued May 16, 1957.

Decided May 16, 1957.

James J. Hanrahan, New York City, for defendant-appellant.

Paul W. Williams, U. S. Atty. for the Southern Dist. of New York, New York City (Herbert M. Wachtell, Asst. U. S. Atty., New York City, of counsel), for plaintiff-appellee.

Before CLARK, Chief Judge, and SWAN and POPE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.